
RECEIVED APR 27 2018 SUSAN Y. SOONG CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

1 Name: LaTonya R. Finley
2 Address: 1271 Washington Ave #266
3 San Leandro CA 94577.
Phone Number: 510.478.8381
4 E-mail Address: lrcalip@yahoo.com
5 Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaTonya R. Finley<br><br>Plaintiff,<br><br>vs.<br><br>Transunion, et al.<br><br>Defendant. | Case Number: 4:17-cv-07165-HSG<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE: July 3, 2018<br>TIME: 2:00<br>COURTROOM: 2.<br>JUDGE: Haywood S. Gilliam, Jr. |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 4/30/2018

Haywood S. Gilliam, Jr.
United States District/~~Magistrate~~ Judge