Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY, | Case No. 4:17-cv-07165-HSG |
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | **ORDER GRANTING STIPULATION TO RESET CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO DISMISS TO JULY 11, 2018** |
| TRANSUNION, EQUIFAX, EXPERIAN, SW CREDIT SYSTEMS, L.P., PLAZA SERVICES AND LVNV FUNDING, LLC, | |
| Defendants. | |

Having considered the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that (1) the Case Management Conference, (2) Defendants Equifax Information Services LLC and Experian Information Solutions, Inc.'s Motion to Dismiss (ECF No. 25), and (3) Defendant Plaza Services, LLC's Motion to Dismiss (ECF No. 36), are reset for July 11, 2018, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: May 1, 2018

*[signature]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge