1    Jennifer Sun (State Bar No. 238942)
     jennifersun@jonesday.com
2    JONES DAY
     3161 Michelson Drive, Suite 800
3    Irvine, CA  92612.4408
     Telephone:    (949) 851-3939
4    Facsimile:     (949) 553-7539

5    Attorneys for Defendant
     EXPERIAN INFORMATION SOLUTIONS, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   LATONYA R. FINLEY,                      Case No. 4:17-cv-07165-HSG

12            Plaintiff,                      Hon. Haywood S. Gilliam, Jr.

13        v.                                 **DEFENDANT EXPERIAN
                                             INFORMATION SOLUTIONS, INC.'S
14   TRANSUNION, EQUIFAX, EXPERIAN,          ADMINISTRATIVE MOTION TO
     SW CREDIT SYSTEMS, L.P., PLAZA          APPEAR TELEPHONICALLY AT CASE
15   SERVICES AND LVNV FUNDING, LLC,         MANAGEMENT CONFERENCE, AND
                                             HEARINGS ON MOTIONS TO DISMISS
16            Defendants.                     AND MOTIONS TO STRIKE**

17                                           Date:     July 11, 2018
                                             Time:     2:00 p.m.
18                                           Place:    Courtroom 2, 4th Floor
                                                       United States District Court
19                                                     1301 Clay Street
                                                       Oakland, CA  94612
20

21         Defendant Experian Information Solutions, Inc. ("Experian") hereby requests to appear

22   telephonically at the hearings scheduled on July 11, 2018, at 2:00 p.m., on the following matters:

23            1.     Case Management Conference;

24            2.     Motion to Dismiss filed by Equifax Information Services LLC ("Equifax") and

25                   Experian [ECF No. 25] and joined by Trans Union LLC ("Trans Union") [ECF

26                   No. 37];

27            3.     Motion to Dismiss filed by Plaza Services, LLC ("Plaza Services") [ECF

28                   No. 36] and joined by Southwest Credit Systems, L.P. ("SWC") [ECF No. 38];

4.   Motion to Strike Plaintiff's Amended Complaint, filed by Equifax, Experian, and Trans Union [ECF No. 57]; and

5.   Motion to Strike and/or Dismiss Amended Complaint, filed by Plaza Services [ECF No. 58] and joined by SWC [ECF No. 60].

Good cause exists to grant this request. Experian's lead counsel, Jennifer Sun, resides in Orange County, California. Experian would incur significant expenses and attorneys' fees if its lead counsel were required to travel to Oakland, California, in order to attend the July 11, 2018 hearing in person. The telephonic appearance of Experian's counsel will not prejudice any party and will not hamper the efficient running of the hearing. Experian assures the Court that lead counsel can and will meaningfully participate in the hearing via telephone.

Therefore, Experian respectfully requests that the Court grant Experian's lead counsel leave to appear telephonically at the hearing scheduled for July 11, 2018, at 2:00 p.m.

Dated:  June 21, 2018                         Respectfully submitted,

JONES DAY


By: */s/ Jennifer Sun*
    Jennifer Sun

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

DATED:  6/21/2018

UNITED STATES DISTRICT COURT

DENIED

*Haywood S. Gilliam Jr.*

Judge Haywood S. Gilliam Jr.

NORTHERN DISTRICT OF CALIFORNIA