THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, et al.,<br><br>Defendants. | Case No.: 4:17-cv-07165-HSG<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE, AND HEARINGS ON MOTIONS TO DISMISS AND MOTIONS TO STRIKE**<br><br>Date: July 11, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor, United States District court, 1301 Clay Street, Oakland, CA 94612 |

Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"), hereby requests to appear telephonically at the hearings scheduled on July 11, 2018, at 2:00 p.m. on the following matters:

1. Case Management Conference;

2. Motion to Dismiss filed by Equifax Information Services LLC ("Equifax") and Experian [ECF No. 25] and joined by Trans Union LLC ("Trans Union") [ECF No. 37];

3. Motion to Dismiss filed by Plaza Services, LLC ("Plaza Services") [ECF No. 36] and joined by Southwest Credit Systems, L.P. ("SWS") [ECF No. 38];

4. Motion to Strike Plaintiff's Amended Complaint, filed by Equifax, Experian, and

- 1 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE, AND HEARINGS ON MOTIONS TO DISMISS AND
MOTIONS TO STRIKE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

1 | Trans Union [ECF No. 57]; and

2 |     5. Motion to Strike and/or Dismiss Amended Complaint, filed by Plaza Services [ECF

3 | No. 58] and joined by SWC [ECF No. 60].

4 |     Good cause exists to grant this request. Equifax's lead counsel, Thomas P.

5 | Quinn, Jr., resides in Orange County, California. Equifax would incur significant expenses and

6 | attorneys' fees if its lead counsel were required to travel to Oakland, California, in order to attend

7 | the July 11, 2018 hearings in person. The telephonic appearance of Equifax's counsel will not

8 | prejudice any party and will not hamper the efficient running of the hearing. Equifax assures the

9 | court that lead counsel can and will meaningfully participate in the hearing via telephone.

10 |     Therefore, Equifax respectfully requests that the Court grant Equifax's lead

11 | counsel leave to appear telephonically at the hearings scheduled for July 11, 2018, at 2:00 p.m.

12 | Dated: June 21, 2018                    NOKES & QUINN

13 |                                        /s/ Thomas P. Quinn, Jr.

14 |                                        THOMAS P. QUINN, JR.
Attorneys for Defendant

15 | EQUIFAX INFORMATION SERVICES LLC

18 | DATED: 6/21/2018



- 2 –

---

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE, AND HEARINGS ON MOTIONS TO DISMISS AND
MOTIONS TO STRIKE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500