YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION, EQUIFAX, EXPERIAN, SW CREDIT SYSTEMS, L.P., PLAZA SERVICES, AND LVNV FUNDING, LLC<br><br>Defendants. | Case No.: 4:17-cv-07165-HSG<br><br>**ORDER DENYING DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P.'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE, AND HEARINGS ON MOTIONS TO DISMISS AND MOTIONS TO STRIKE**<br><br>Date: July 11, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

Defendant Southwest Credit Systems, L.P.'s ("SWC") motion to appear telephonically at the Case Management Conference and hearings scheduled for July 11, 2018 at 2:00 p.m. is DENIED.

DATED: JUNE 21, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that on June 21, 2018, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system. A copy of the foregoing was also mailed via United States Postal Service to the following non-ECF participant:

***Plaintiff Pro Per***
LaTonya R. Finley
1271 Washington Ave, #266
San Leandro, CA 94577

DATED: June 21, 2018

                                     */s/ Brett B. Goodman*
                                     Brett B. Goodman