UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA RENA FINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION, et al.,<br><br>    Defendants. | Case No.17-cv-07165-HSG<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO STRIKE; VACATING JULY 11, 2018 HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 25, 36, 57, 58 |

Plaintiff LaTonya Finley filed the initial Complaint in this action on December 18, 2017. Dkt. No. 1 ("Complaint").

On March 29, 2018, Defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian") jointly filed a motion to dismiss. Dkt. No. 25. Defendant Trans Union, LLC ("Trans Union") filed a notice of joinder in Equifax's and Experian's motion on April 2, 2018. Dkt. No. 37. That same day, Defendant Plaza Services, LLC ("Plaza") filed a separate motion to dismiss, Dkt. No. 36, which Defendant Southwest Credit Systems, L.P. ("Southwest") later moved to join on April 10, 2018, Dkt. No. 38.[1]

After Defendants filed their respective replies, Plaintiff filed an amended complaint on April 27, 2018. Dkt. No. 51 (First Amended Complaint, or "FAC"). Plaintiff was not entitled to file the FAC as of right, since she filed it after the 21-day deadline set forth in Federal Rule of Civil Procedure 15(a)(1). Nor did Plaintiff obtain the Court's or Defendants' leave to amend. *See* Fed. R. Civ. P. 15(a)(2). Accordingly, on May 11, 2018, Trans Union, Equifax, Experian, and Southwest jointly moved to strike the FAC. Dkt. No. 57. Also on May 11, Plaza separately

---

[1] On March 30, 2018, Plaintiff and Defendant LVNV Funding, LLC filed a stipulation dismissing the action as to LVNV with prejudice. Dkt. No. 33.

moved to strike the FAC or, in the alternative, dismiss. *See* Dkt. No. 58. All Defendants moved to strike the FAC on the grounds that Plaintiff failed to obtain leave to amend before filing. *See* Dkt. No. 57 at 5; Dkt. No. 58 at 5.

While it is true that Plaintiff's amendment was improper, it is also true that courts "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(3). It would not serve justice (or efficiency) for this Court to dismiss a pro se plaintiff's FAC on this technical ground, particularly where Defendants have failed to describe any prejudice that would result from the Court construing the improperly-filed FAC as the operative complaint. Plaintiff is reminded that any further amendment requires prior leave of Court or the agreement of all Defendants.

Accordingly, the motion to strike by Trans Union, Equifax, Experian, and Southwest is **DENIED**. The motion to strike by Plaza is **DENIED IN PART**, to the extent it seeks to strike the FAC. The Court defers ruling on Plaza's alternative argument to dismiss the FAC. Furthermore, the Court takes the pending motions to dismiss (Docket Numbers 25, 36, and 58) under submission and **VACATES** the hearing and case management conference set for July 11, 2018. A written order will issue.

Last, the Court advises Plaintiff that the Legal Help Center at both the San Francisco and Oakland Federal Courthouses provides free information and limited-scope legal advice to pro se litigants in civil cases. Services are provided by appointment only. An appointment may be scheduled by either: (1) signing up in the appointment book located outside the door of the Legal Help Center in San Francisco or Oakland, or (2) calling (415) 782-8982. The Court strongly encourages Plaintiff to take advantage of this resource.

**IT IS SO ORDERED.**

Dated: 6/26/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge