LATONYA R. FINLEY
6114 LASALLE AVE #227
OAKLAND, CA 94611
Tel: (510) 478-8381
Email: lrcalip@yahoo.com
Sui Juris

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATONYA FINLEY,<br><br>                Plaintiff,<br><br>    vs.<br><br>TRANSUNION, et.al<br><br>                Defendants. | Case No.: 4:17-cv-07165-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SOUTHWEST CREDIT** |

Plaintiff LaTonya Finley, pro se, and Defendant Southwest Credit, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Southwest Credit should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Date: July 15th, 2019.          <u>    E-File    </u>

                                         Latonya Finley, *Pro Se Plaintiff*

Dated: July 16, 2019

                                     /s/ Brett B. Goodman
                                     BRETT B. GOODMAN
                                     Attorneys for Defendant
                                                   SOUTHWEST CREDIT

STIPUATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SOUTHWEST CREDIT

PURSUANT TO STIPULATION, IT IS SO ORDERED that SOUTHWEST CREDIT is dismissed with prejudice. Plaintiff Latonya Finley and Defendant Southwest Credit shall each bear their own costs and attorneys' fees.

DATED: 7/17/2019  ~~Date:~~ *Haywood S. Gill Jr.*
JUDGE, United States District Court
Northern District of California

~~DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/EC~~

STIPUATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SOUTHWEST CREDIT